UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1
(3:92-cr-00068-DJN-3)
(3:22-cv-00098-DJN)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

JAMES H. ROANE, JR., a/k/a J.R.

Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Richmond |
| Originating Case Number | 3:92-cr-00068-DJN-3 <br> 3:22-cv-00098-DJN |
| Date notice of appeal filed in originating court: | 12/30/2022 |
| Appellant | James H. Roane, Jr. |
| Appellate Case Number | 23-1 |
| Case Manager | Emily Borneisen <br> 804-916-2704 |