UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

No. 23-1
(3:92-cr-00068-DJN-3)
(3:22-cv-00098-DJN)

————————————

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

JAMES H. ROANE, JR., a/k/a J.R.

        Defendant - Appellant

————————————

O R D E R

————————————

The court appoints Joanne Marie Heisey of the Federal Community Defender Office as lead counsel for the appellant.

In light of this appointment, appellate counsel is granted access to sealed district court material, with the exception of ex parte or in camera material to which defense counsel did not have access in the district court.

All case filings must be made using the court's Electronic Case Filing system (CM/ECF). Counsel not yet registered for electronic filing should proceed to the court's web site to register as an ECF filer. See **Required Steps for Registration as an ECF Filer**.

        For the Court--By Direction

        /s/ Patricia S. Connor, Clerk