**IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

THE UNITED STATES OF AMERICA :       Appeal No. 23-1

v. :       Civ. No. 3:22CV98

JAMES H. ROANE, JR. :       Crim. No. 3:92CR68

## <u>APPELLANT'S UNOPPOSED MOTION FOR 45-DAY EXTENSION OF TIME TO FILE OPENING BRIEF</u>

Appellant James H. Roane, Jr., respectfully moves this Court for a 45-day extension of time in which to file his opening brief in the above-captioned matter. Undersigned counsel has conferred with Assistant United States Attorney Richard Cooke, who has advised that the Government has no objection to Appellant's request.

Mr. Roane's opening brief is currently due February 13, 2023. Counsel requests an additional 45 days in order to adequately research and brief the issues presented in this case. Counsel has upcoming deadlines in other cases requiring attention as well. Specifically, counsel has a petition for post-conviction relief due in Pennsylvania state court on February 3, 2023. Counsel also has a petition for writ of certiorari due in the Supreme Court on February 13, 2023, and briefing due

in the Eastern District of Virginia on February 17, 2023. Counsel also has a brief due imminently in the Third Circuit pending disposition of a motion to exceed the word limit. Because of these impending deadlines, and in order to adequately research and brief the issues presented in this case, counsel requests an additional 45 days in which to file the opening brief. This request is made in good faith and is not predicated on any intent to delay. Rather, this request is being made based on counsel's obligation to provide professionally appropriate representation to Mr. Roane and her other clients.

**WHEREFORE**, Mr. Roane, through undersigned counsel, respectfully requests that this Court grant this motion for a 45-day extension of time to file his opening brief.

<div style="margin-left: 50%;">

Respectfully submitted,

/s/ Joanne Heisey
Joanne Heisey
Assistant Federal Public Defender
Federal Community Defender Office
Eastern District of Pennsylvania
Capital Habeas Unit
The Curtis, Suite 545 West
601 Walnut Street
Philadelphia, PA 19106
(215) 928-0520
joanne_heisey@fd.org

Counsel for James H. Roane, Jr.

</div>

Dated: January 30, 2023

**CERTIFICATE OF SERVICE**

I, Joanne Heisey, hereby certify that on this 30th day of January 2023, I

submitted the foregoing Motion for filing with service to:

Richard D. Cooke
United States Attorney for the Eastern District of Virginia
919 E. Main St.
Suite 1900
Richmond, VA  23219


/s/ Joanne Heisey
Joanne Heisey