UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1
(3:92-cr-00068-DJN-3)
(3:22-cv-00098-DJN)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

JAMES H. ROANE, JR., a/k/a J.R.

Defendant - Appellant

_____

O R D E R

_____

The court grants the motion to extend filing time and extends the time for

filing the opening brief and joint appendix to March 30, 2023.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk