UNITED STATES OF AMERICA, )
)
       Appellee, )
)
     v. ) No. 23-1
)
JAMES ROANE JR., )
)
     Defendant-Appellant. )

**Government's Unopposed Motion for an
Extension of the Deadline for Filing its Response Brief**

A jury convicted the defendant in 1993 of capital murder in furtherance of a criminal enterprise, in violation of 21 U.S.C. § 848(e) (Counts 5, 8, and 11); conspiracy to possess cocaine base with the intent to distribute, in violation of 21 U.S.C. § 846 (Count 1); engaging in a continuing criminal enterprise, in violation of 21 U.S.C. § 848(a) (Count 2); committing violent crimes in aid of racketeering activity, in violation of 18 U.S.C. § 1959 (Counts 7, 10, 13, 14, and 16); using a firearm in relation to a crime of violence or a drug-trafficking offense, in violation of 18 U.S.C. § 924(c) (Counts 6, 9, 12, and 15); and one count of possession of cocaine base with the intent to distribute under 21 U.S.C. § 841(a)(1) (Count 32).

Following a penalty hearing on the capital murder counts, the jury recommended that the defendant be sentenced to death for one of the three murders

for which he was convicted under § 848(e). The defendant is also serving multiple life sentences on other counts.

In this appeal, the defendant challenges the district court's denial of his motion to vacate his § 924(c) convictions. The defendant filed his opening brief on March 30, 2023, after receiving a 45-day extension. (Dkt. No. 15.) On April 13, 2023, the Court granted a certificate of appealability and set a briefing schedule. (Dkt. Nos. 21, 22.) The government's response brief is currently due on May 15, 2023. (Dkt. No. 22.)

Due to other court commitments, however, counsel for the government lacks sufficient opportunity to complete a response brief by the current deadline. The government has not previously sought an extension in this case and now requests a 28-day extension for filing its response brief.

Both undersigned counsel are scheduled to appear before this Court for oral argument during the upcoming May sitting. *See United States v. Brown*, No. 21-7752 (oral argument set for May 3, 2023); *United States v. Draven*, No. 21-7171 (oral argument set for May 4, 2023). Furthermore, the United States Attorney's Office for the Eastern District of Virginia has an additional seven arguments during the May sitting. *See United States v. Smart*, No. 22-4209; *United States v. Howell*, No. 21-4634; *United States v. Cid Bran*, No. 22-4370; *United States v. Seabolt*, No. 21-4499; *United States v. Smith*, No. 21-6829; *United States v. Khweis*, No. 22-4406;

*United States v. Bangiyeva*, No. 22-1066. Both undersigned counsel are deeply involved in preparing the government attorneys for those oral arguments. In addition to matters before this Court, both counsel have or had other preexisting district court deadlines.

For these reasons, the government respectfully requests a 28-day extension of its filing deadline until Monday June 12, 2023.

Counsel for the defendant, Ms. Joanne Heisey, does not oppose the proposed extension.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: _____/s/_____

Joseph Attias
Richard D. Cooke
Assistant United States Attorneys
U.S. Attorney's Office
Eastern District of Virginia
919 East Main Street, Suite 1900
Richmond, Virginia 23219
(804) 819-5400

**Certificate of Service**

I certify that on April 25, 2023, I filed electronically the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send notice of the filing to all counsel of record.

By:     _____/s/_____

Joseph Attias
Assistant United States Attorney