UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1
(3:92-cr-00068-DJN-3)
(3:22-cv-00098-DJN)

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

JAMES H. ROANE, JR., a/k/a J.R.

Defendant - Appellant

_____

O R D E R

_____

The court grants the motion for extension and extends the time for filing the response brief to June 12, 2023. Any reply brief due within 21 days of service of the response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk