**IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

|  |  |  |
|---|---|---|
| THE UNITED STATES OF AMERICA | : | Appeal No. 23-1 |
| v. | : | Civ. No. 3:22CV98 |
| JAMES H. ROANE, JR. | : | Crim. No. 3:92CR68 |

**<u>APPELLANT'S UNOPPOSED MOTION FOR 30-DAY EXTENSION
OF TIME TO FILE REPLY BRIEF</u>**

Appellant James H. Roane, Jr., respectfully moves this Court for a 30-day extension of time in which to file his opening brief in the above-captioned matter. Undersigned counsel has conferred with Assistant United States Attorney Richard Cooke, who has advised that the Government has no objection to Appellant's request.

Mr. Roane's reply brief is currently due July 3, 2023. Counsel requests an additional 30 days in order to adequately research and brief the issues presented in this case. Counsel has upcoming deadlines in other cases requiring attention as well. Specifically, counsel has a brief due in the Third Circuit on June 21, 2023, and a petition for post-conviction relief due in Pennsylvania state court on June 30, 2023. Because of these impending deadlines, and in order to adequately research

and brief the issues presented in this case, counsel requests an additional 30 days in which to file the reply brief. This request is made in good faith and is not predicated on any intent to delay. Rather, this request is being made based on counsel's obligation to provide professionally appropriate representation to Mr. Roane and her other clients.

**WHEREFORE**, Mr. Roane, through undersigned counsel, respectfully requests that this Court grant this motion for a 30-day extension of time to file his reply brief.

Respectfully submitted,

/s/ Joanne Heisey
Joanne Heisey
Assistant Federal Public Defender
Federal Community Defender Office
Eastern District of Pennsylvania
Capital Habeas Unit
The Curtis, Suite 545 West
601 Walnut Street
Philadelphia, PA 19106
(215) 928-0520
joanne_heisey@fd.org

Counsel for James H. Roane, Jr.

Dated: June 21, 2023

**CERTIFICATE OF SERVICE**

I, Joanne Heisey, hereby certify that on this 21st day of June 2023, I

submitted the foregoing Motion for filing with service to:

Richard D. Cooke
United States Attorney for the Eastern District of Virginia
919 E. Main St.
Suite 1900
Richmond, VA  23219


/s/ Joanne Heisey
Joanne Heisey