UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————————

No. 23-1
(3:92-cr-00068-DJN-3)
(3:22-cv-00098-DJN)

———————————————

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

JAMES H. ROANE, JR., a/k/a J.R.

Defendant - Appellant

———————————————

O R D E R

———————————————

The court grants the motion to extend filing time and extends the time for filing the reply brief to 07/17/2023. Any further request for an extension of time in which to file the reply brief shall be disfavored.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk