# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

## NOTICE REGARDING CONFLICT WITH PROPOSED ARGUMENT DATES

No. __23-1__   Caption: United States v. James Roane, Jr.

---

Argument Session For Which You Are Scheduled: September 2023

Dates You Are Available To Argue in the Session (if any):

any

Identify Any Other Cases You Are Tentatively Scheduled To Argue this Session:

U.S. v. Tipton, no. 22-5; U.S. v. Lassiter, no. 22-4147; U.S. v. Smith, no. 22-415

Other Relevant Information:

The government is requesting that Smith be moved to the October sitting

Party(ies) You Represent:

United States

---

6/26/2023

Date

/s/ Richard D. Cooke

Counsel Signature