# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 17, 2023

_____

DOCKET CORRECTION NOTICE

_____

No.  23-1,          US v. James Roane, Jr.
                    3:92-cr-00068-DJN-3, 3:22-cv-00098-DJN

TO:    James H. Roane

FILING CORRECTION DUE:  July 17, 2023

Please make the correction identified below and file a corrected document by the
date indicated.

[X] Incorrect event used. Please refile document using



with
the type listed as REPLY.

Emily Borneisen, Deputy Clerk
804-916-2704